AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Urban Therapies Manufacturing, LLC, California limited
liability company

*Plaintiff*

**v.**

Nicole Elliot, In Her Official Capacity As Director Of
The State Of California's Department Of Cannabis
Control; Robert Bonta, In His Official Capacity As
General of The State Of California; Does 1-10,
Inclusive

*Defendant*

Civil Action No. 23cv01924-TWR-AHG

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*
Robert Bonta, Attorney General in the State of California
1300 I Street
Sacramento, CA 95814-2919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days
if you are the United States or a United States agency, or an office or employee of the United States described
in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

Gina M. Austin
3990 Old Town AvenueSuite A-101
San Diego, CA 92110
(619) 924-9600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

Date:    10/20/23



John Morrill
*CLERK OF COURT*
S/
G. Vocal

*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                                    (Page 2)

---

**Civil Action No.** 23cv01924-TWR-AHG                          Date Issued: _____10/20/23_____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Robert Bonta

was received by me on *(date)* 10/23/23 .

☐ I personally served the summons on the individual at *(place)* 1300 1 Street

Sacramento CA 95814 on *(date)* ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ 85 for travel and $ _____ for services, for a total of $ 85 .

I declare under penalty of perjury that this information is true.

Date: 10/23/23

*Clifford Black*
_____
Server's Signature

Clifford Black Process Server
_____
Printed name and title

2927 Marconi Ave Sacramento, CA 95821
_____
Server's address

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.