| | |
|---|---|
| 1 | AUSTIN LEGAL GROUP, APC |
| 2 | GINA M. AUSTIN (SBN 246833) |
|   | E-mail: gaustin@austinlegalgroup.com |
| 3 | TAMARA LEETHAM ROZMUS (SBN 234419) |
|   | E-mail: tamara@austinlegalgroup.com |
| 4 | 3990 Old Town Ave, Ste A-101 |
|   | San Diego, CA 92110 |
| 5 | (619) 924-9600/ FAX (619) 881-0045 |

AUSTIN LEGAL GROUP, APC
GINA M. AUSTIN (SBN 246833)
E-mail: gaustin@austinlegalgroup.com
TAMARA LEETHAM ROZMUS (SBN 234419)
E-mail: tamara@austinlegalgroup.com
3990 Old Town Ave, Ste A-101
San Diego, CA 92110
(619) 924-9600/ FAX (619) 881-0045

LITTLER MENDELSON PC
MICHAEL G. PEDHIRNEY (SBN 233164)
E-mail: mpedhirney@littler.com
101 Second Street, Suite 1000
San Francisco, CA 94105

Attorneys for Plaintiff
Urban Therapies Manufacturing, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN THERAPIES MANUFACTURING, LLC, California limited liability company | Case No: 3:23-cv-01924-TWR-AHG |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH AND WITHOUT PREJUDICE** |
| v. | Complaint Filed: October 19, 2023 |
| NICOLE ELLIOT In Her Official Capacity As Director Of The State Of California's Department Of Cannabis Control; ROBERT BONTA In His Official Capacity As Attorney General Of The State Of California; and DOES 1-10, Inclusive, | FAC Filed: November 17, 2023 |
| | Trial Date: Not set |
| Defendants. | |

Plaintiff Urban Therapies Manufacturing, a California limited liability company; Nicole Elliott In Her Official Capacity As Director Of The State Of California's Department Of Cannabis Control; and Rob Bonta In His Official Capacity As Attorney General Of The State Of California, acting through their respective counsel, stipulate as follows:

1. Plaintiff Urban Therapies Manufacturing's First Amended Complaint against Nicole Elliott In Her Official Capacity As Director Of The State Of California's Department Of Cannabis Control, including all causes of action, is hereby dismissed without prejudice;

2. Plaintiff Urban Therapies Manufacturing's First Amended Complaint against Rob Bonta In His Official Capacity As Attorney General Of The State of California, is hereby dismissed with prejudice; and

3. Each party shall bear its own attorneys' fees and costs.

DATED: January 30, 2024         AUSTIN LEGAL GROUP, APC.

                                By: _____
                                GINA M. AUSTIN
                                Attorney for Plaintiff Urban Therapies
                                Manufacturing, LLC

DATED: January 30, 2024         AUSTIN LEGAL GROUP, APC.

                                By:

                                _____
                                TAMARA LEETHAM ROZMUS
                                Attorney for Plaintiff Urban Therapies
                                Manufacturing, LLC

[Signatures continued on following page]

DATED: JANUARY 30, 2024

*[signature]*

GREGORY M. CRIBBS, Deputy Attorney General, for Defendants Rob Bonta, Attorney General of California and Nicole Elliott, Director of the Department of Cannabis Control

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Urban Therapies Manufacturing, LLC v. DCC, et al.** | No. | **3:23-cv-01924-TWR-AHG** |

I hereby certify that on January 30, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR DISMISSAL WITH AND WITHOUT PREJUDICE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 30, 2024, at San Diego, California.

| Jade Levine | *Jade Levine* |
|:---:|:---:|
| Declarant | Signature |