UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN THERAPIES MANUFACTURING, LLC, a California limited liability company,<br><br>                                 Plaintiff,<br><br>v.<br><br>NICOLE ELLIOT in Her Official Capacity As Director of the State of California's Department of Cannabis Control; ROBERT BONTA in His Official Capacity As Attorney General of the State of California; DOES 1–10, inclusive,<br><br>                                Defendants. | Case No.: 23-CV-1924 TWR (AHG)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL; DENYING AS MOOT PROPOSED INTERVENOR DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS' MOTION TO INTERVENE; DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF Nos. 13, 16, 20) |

    Presently before the Court is the Plaintiff Urban Therapies Manufacturing, LLC and Defendants Nicole Elliott, Director of California's Department of Cannabis Control, and Rob Bonta's[1], California Attorney General, Stipulation for Dismissal With and Without

---

[1] Defendants represent that Defendant Attorney General Rob Bonta has been sued erroneously as "Robert Bonta" and that Defendant Nicole Elliott has been sued erroneously as "Nicole Elliot." (ECF No. 11 at 2 n.1.)

Prejudice (ECF No. 20, "Joint Stip."), Proposed Intervenor Defendant International Brotherhood of Teamsters' ("IBT") Motion to Intervene (ECF No. 13, "Mot. Intervene"), and Defendants' Motion to Dismiss (ECF No. 16, "Mot. Dismiss.").  In the Joint Stipulation, which the Court construes as a joint motion under Civil Local Rule 7.2(b), the Parties stipulate to dismissal of the claims against Nicole Elliott without prejudice and to dismissal of the claims against Rob Bonta with prejudice.  (Joint Stip. at 1.)  Good cause appearing, the Court **APPROVES** the Joint Stipulation and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Nicole Elliott and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant Rob Bonta.  In light of the Joint Stipulation, IBT's Motion to Intervene and Defendants' Motion to Dismiss are **DENIED AS MOOT**.  The Clerk of the Court **SHALL CLOSE** the case.

     **IT IS SO ORDERED.**

Dated:  February 6, 2024

_____
Honorable Todd W. Robinson
United States District Judge